**Order Withdrawn and Order filed February 16, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00813-CV

_____

**GABRIEL VASQUEZ, Appellant**

**V.**

**AT&T ADVERTISING, L.P. D/B/A AT&T YELLOW PAGES, Appellee**

**On Appeal from County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 960357**

## ORDER

On February 2, 2012, we ordered Laura Cutherell to file the reporter's record in this appeal within 30 days. On February 10, 2012, appellant filed a motion to dismiss the appeal. Accordingly, our order of February 2, 2012, is WITHDRAWN.

PER CURIAM